UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :  Crim. No. 10-148 (SRC)
                          :
            v.            :
                          :
CARLO ST. JEAN            :  CONTINUANCE ORDER

A criminal indictment charging the defendant with assisting in the preparation of fraudulent tax returns, in violation of Title 26, United States Code, Sections 7206(2), having been filed on March 4, 2010; and the defendant having appeared before the Honorable Michael A. Shipp, U.S.M.J., for his initial appearance on March 5, 2010; and the defendant having been represented by Donald McCauley, Esq.; and bail having been set; and thereafter Alexander Jardines, Esq., having been appointed to represent the defendant and his counsel being aware that the defendant has the right under 18 U.S.C. § 3161(c)(1) to a trial within seventy (70) days of his indictment; and no continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A) so that the parties could attempt to reach a plea agreement and thereby avoid a possible trial; the defendant hereby requests a first continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(A) in order to permit additional time necessary for the parties to attempt to reach a plea agreement and thereby avoid a possible trial; the Government having agreed to this continuance; and for good cause shown;

IT IS on this 16th day of March, 2010,

ORDERED that from the date this Order is entered, to and including May 16, 2010, shall be excluded in calculating the time under the Speedy Trial Act for the following reasons:

1. The defendant, through his counsel, has requested additional time in order to attempt to reach a plea agreement and thereby avoid a possible trial.

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

SEEN AND AGREED:

_____
Zahid N. Quraishi
Assistant U.S. Attorney

_____
Alexander Jardines, Esq.
Counsel for Carlo St. Jean

_____
HONORABLE STANLEY R. CHESLER
United States District Judge