UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :       Hon. Stanley R. Chesler

                v.              :       Mag. No. 10-148 (SRC)

CARLO ST. JEAN                  :       CONTINUANCE ORDER

      This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Aaron Mendelsohn, Assistant U.S. Attorney), and defendant Carlo St. Jean (by E. Alexander Jardines, Esq.) for an order granting a fourth continuance of the proceedings in the above-captioned matter, the third continuance being set to expire on September 16, 2010, and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and for good and sufficient cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      1.  A motions hearing having been conducted before the Court on September 1, 2010, and the defendant having been ordered to submit opposition papers to the government's motion by September 14, 2010, the period of delay until the disposition of such motion is excluded in computing the time within which the trial, currently scheduled on September 22, 2010, must commence,

pursuant to Title 18 of the United States Code, Section 3161(h)(1)(D);

2. The parties are continuing to engage in discussions concerning entering into a plea agreement, which would render trial of this matter unnecessary;

3. The defendant has joined in this application and requires additional time to prepare for the trial of this matter;

4. The grant of the continuance will likely conserve judicial resources;

5. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial; and

6. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(B)(iv), failure to grant the continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

WHEREFORE, on this ____ day of September, 2010,

ORDERED that this action be, and it hereby is, continued for a period of forty-five (45) days from and including September 16, 2010; and it is further

-2-

ORDERS that the period from and including September 20, 2010 through and including October 14, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h).

HON. STEPHEN R. CHESLER
United States Magistrate Judge

HON. JOHN (unreadable)
consented to:

(unreadable)
(unreadable) U.S. Attorney

R. Alexander Scoline, Esq.
Counsel for defendant Carlo A. Cwa

Carlo A. Cwa
Defendant

-3-

ORDERED that the period from and including September 16, 2010 through and including October 31, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
HON. STANLEY R. CHESLER
United States Magistrate Judge

Form and entry
consented to:

_____
Aaron Mendelsohn
Assistant U.S. Attorney


_____
E. Alexander Jardines, Esq.
Counsel for Defendant Carlo S. Jean


_____
Carlo St. Jean
Defendant

-3-