E. ALEXANDER JARDINES, ESQ.
314-48TH, STREET
UNION CITY, NEW JERSEY 07087
(201) 865-5599, FAX (201) 865-1361
Attorney for the Defendant Carlo St. Jean

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : UNITED STATES DISTRICT COURT |
|  | :    DISTRICT OF NEW JERSEY |
| Plaintiff, | : |
|  | : Docket No. 00148-SRC |
| vs. | : |
|  | : Hon. Stanley R. Chesler |
| CARLO ST. JEAN | : United States District Judge |
|  | : |
| Defendant | : **ORDER** |

**THIS MATTER** having been brought before the Court on application of Carlo St. Jean (E. Alexander Jardines, Esq., appearing), and Paul J. Fishman, United States Attorney for the District of New Jersey ( Aaron Mendelsohn, Assistant United States Attorney, appearing), for an order granting defendant's omnibus motion;

**IT IS** on this 1st day of September, 2010,

**ORDERED** that the Government shall provide defendant with tax returns of witnesses one year prior and one year after they had defendant prepare them, and;

**ORDERED** that expert authorization shall not exceed $1,500.00;

**ORDERED** that defendant shall submit a voucher for the expert authorization;

**ORDERED** that defendant shall submit opposition papers by September 14, 2010;

**ORDERED** that defendant shall provide reciprocal discovery within a week.

*[signature]*
Hon. Stanley R. Chesler, USDJ

This page was created using **Nitro PDF** trial software.
To purchase, go to http://www.nitropdf.com/