UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Criminal No. 10-148 (SRC) |
| CARLO ST. JEAN | : | CONTINUANCE ORDER |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Aaron Mendelsohn and Mark E. Coyne, Assistant U.S. Attorneys), and defendant Carlo St. Jean (by E. Alexander Jardines, Esq.) for an order granting a fifth continuance of the proceedings in the above-captioned matter, the fourth continuance being set to expire on October 31, 2010, all pending motions filed to date by the parties having been ruled upon by the Court, and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The parties are continuing to engage in discussions concerning entering into a plea agreement, which would render trial of this matter unnecessary;

2. The defendant has joined in this application and requires additional time to prepare for the trial of this matter;

3. The grant of the continuance will likely conserve judicial resources;

4. All pending motions filed to date by the parties having been ruled upon by the Court;

5. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial; and

6. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(B)(iv), failure to grant the continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

WHEREFORE, on this ____ day of October, 2010,

ORDERED that all pending motions filed to date by the parties are hereby terminated; and it is further

ORDERED that this action be, and it hereby is, continued for a period of forty-five (45) days from and including October 31, 2010; and it is further

ORDERED that the period from and including October 31, 2010 through and including December 15, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

HON. STANLEY R. CHESLER
United States District Judge

Form and entry
consented to:

Aaron Mendelsohn
Mark E. Coyne
Assistant U.S. Attorneys

E. Alexander Jardines, Esq.
Counsel for Defendant Carlo St. Jean

Carlo St. Jean
Defendant

[illegible]

[illegible]
[illegible]

[illegible]

[illegible]

[illegible]

[illegible]