UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Criminal No. 10-148 (SRC) |
| CARLO ST. JEAN | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Aaron Mendelsohn and Mark E. Coyne, Assistant U.S. Attorneys), and defendant Carlo St. Jean (by E. Alexander Jardines, Esq.) for an order granting a sixth continuance of the proceedings in this matter, the fifth continuance being set to expire on December 15, 2010, and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1), and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. the parties are continuing their efforts to negotiate a plea agreement, which if entered would render trial of this matter unnecessary;

2. the defendant has joined in this application and requires additional time to prepare for trial, which is currently scheduled on December 13, 2010;

3. the parties' respective counsel have potential conflicts with the current trial date, including previously scheduled court appearances and family matters;

4. the grant of the continuance will likely conserve judicial resources;

5. pursuant to 18 U.S.C. § 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial; and

6. pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), failure to grant the continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

WHEREFORE, on this 10 day of November, 2010, it is

ORDERED that this action be, and it hereby is, continued for a period of seventy-five (75) days from and including December 15, 2010; and it is further

ORDERED that the trial of this matter commence no earlier than February 22, 2011; and it is further

ORDERED that the period from and including December 15, 2010 through and including February 28, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to 18 U.S.C. § 3161(h)(7).

HON. STANLEY R. CHESLER
United States District Judge

Form and entry
consented to:

_____
Aaron Mendelsohn
Mark E. Coyne
Assistant U.S. Attorneys

_____
E. Alexander Jardines, Esq.
Counsel for Defendant Carlo St. Jean

_____
Carlo St. Jean
Defendant