UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Criminal No. 10-148 (SRC) |
| CARLO ST. JEAN | : | CONTINUANCE ORDER |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Aaron Mendelsohn and Mark E. Coyne, Assistant U.S. Attorneys), and defendant Carlo St. Jean (by E. Alexander Jardines, Esq.) for an order granting a seventh continuance of the proceedings in the above-captioned matter, the sixth continuance being set to expire on February 28, 2011, and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The defendant has joined in this application and, taking into account the exercise of diligence, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation for the trial of this matter, currently scheduled to commence no earlier than February 22, 2011;

2. Counsel for the United States and for the defendant have potential conflicts with the current trial schedule, including previously scheduled court matters;

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial; and

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(B)(iv), failure to grant the continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

WHEREFORE, on this ___ day of December, 2010, it is

ORDERED that this action be, and it hereby is, continued for a period of thirty (30) days from and including February 28, 2011; and it is further

ORDERED that the trial of this matter commence at 10:00 a.m. on Tuesday, March 29, 2011; and it is further

ORDERED that the period from and including February 28, 2011 through and including March 30, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

HON. STANLEY R. CHESLER
United States District Judge

Form and entry
consented to:

_____
Aaron Mendelsohn
Mark E. Coyne
Assistant U.S. Attorneys

_____
E. Alexander Jardines, Esq.
Counsel for Defendant Carlo St. Jean


_____
Carlo St. Jean
Defendant