UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Criminal No. 10-148 (SRC) |
| CARLO ST. JEAN | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the application of defendant Carlo St. Jean (by Robert T. Pickett, Esq.) for an order granting an eleventh continuance of the proceedings in the above-captioned matter, over the objection of Paul J. Fishman, United States Attorney for the District of New Jersey (by Aaron Mendelsohn and Seth B. Kosto, Assistant U.S. Attorneys), the tenth continuance being set to expire on June 28, 2011, and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT, as stated on the record in open court on June 20, 2011, that this action should be continued for the following reasons:

1. The facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation for the trial of this matter, currently scheduled to commence on July 19, 2011; and

2. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the

continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 28 day of June, 2011, it is

ORDERED that this action be, and it hereby is, continued for a period of twenty-one (21) days from and including June 28, 2011; and it is further

ORDERED that the trial of this matter commence at 9:30 a.m. on the 19th day of July, 2011; and it is further

ORDERED that the period from and including June 28, 2011 through and including July 19, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

HON. STANLEY R. CHESLER
United States District Judge

Form and entry
consented to:

Aaron Mendelsohn
Seth B. Kosto
Assistant U.S. Attorneys

Robert T. Pickett, Esq.
Counsel for Defendant Carlo St. Jean

-2-