UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 10-148 (SRC) |
| v. | |
| CARLO ST. JEAN, | Hon. Stanley R. Chesler, U.S.D.J. |
| Defendant | [PROPOSED] ORDER |

This matter having been brought before the Court on applications of Paul J. Fishman, United States Attorney for the District of New Jersey (Aaron Mendelsohn and Seth B. Kosto, Assistant United States Attorneys, appearing) and Carlo St. Jean (Robert T. Pickett, Esq., appearing) for pre-trial rulings on the United States' Motions to Exclude the Defendant's Proposed Expert and to Quash the Defendant's Subpoenas to the Internal Revenue Service, dated July 7 and 12, 2011, respectively,

**IT IS**, for the reasons stated in open court on July 13, 2011, on this __ day of July, 2011:

**ORDERED** that the United States's Motion to Exclude the Defendant's Proposed Expert is denied without prejudice, subject to further proceedings in this matter; and

**ORDERED** that the Defendant shall respond to the United States' Motion to Quash the Defendant's Subpoenas to the Internal Revenue Service on or before July __, 2011.

_____
STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

July __, 2011
Newark, New Jersey

1